UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

Diamani Thomas,

                                                                             Plaintiff,

-against-

The City of New York; Police Officer Diego Moreno; Sergeant Martin Gimenez; Police Officer Jimmy Maldonado,

                                                                             Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

19-CV-6090 (AMD) (LB)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        January 15, 2021

| | |
|---|---|
| JOHN JAY LEGAL SERVICES, INC., ELISABETH HAUB SCHOOL OF LAW PACE UNIVERSITY<br>*Counsel for Plaintiff*<br>80 North Broadway, Preston 404<br>White Plains, New York 10603<br>(914) 422-4419 | JAMES E. JOHNSON<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York, Moreno, Gimenez, and Maldonado*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>    Danielle B. Shalov<br>    *Attorney for Plaintiff* | By: _____<br>    Evan J. Gottstein<br>    Assistant Corporation Counsel<br>    Special Federal Litigation Division |

SO ORDERED:

_____
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE

Dated: _____, 2021